IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PINECREST NATIONAL FUNDING, LLC,<br><br>DEBTOR | : CHAPTER 11<br>:<br>: Case No. 10-10339 – Jointly Administered<br>:<br>: Hearing Date: 2-19-10, 2 p.m. |

## NOTICE OF MOTION

TO: U.S. TRUSTEE and all Creditors:

The Movant/Debtor has filed a Motion of Debtors in Possession for Entry of an Order Directing Joint Administration of their Related Chapter 11 Cases on February 9, 2010, which seeks joint administration.

You are not required to file a response to the attached Motion.

This is a Motion filed pursuant to Local Rule 9013-1, responses may be presented orally at the February 19, 2010 hearing.

At the same time, you must also serve a copy of the response upon Movant's attorney:

John T. Thomas, Jr., Esquire
64 Read's Way
New Castle, DE 19720

HEARING ON THE MOTION WILL BE HELD ON **Friday, February 19, 2010 at 2 p.m.**, the Courtroom of the Honorable Peter J. Walsh, United States Bankruptcy Court, District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Date: 2/16/10

/s/ John F. Thomas, Jr.    (DE ID#3324)
JOHN F. THOMAS, JR., ESQUIRE
64 Read's Way
New Castle, DE 19720
(302) 221-3278

{Client Files\030000\00001\00217776.DOC;1}