EXHIBIT A
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PINECREST NATIONAL FUNDING, LLC, | : CHAPTER 11 |
| DEBTOR | : |
| | : BANKRUPTCY NO. 10-10339 |
| IN RE: 15620 46TH LANE SOUTH, LLC | : CHAPTER 11 |
| DEBTOR | : |
| | : BANKRUPTCY NO. 10-10341 |
| IN RE: 273-313 BIRMINGHAM STREET, LLC | : CHAPTER 11 |
| DEBTOR | : |
| | : BANKRUPTCY NO. 10-10342 |
| IN RE: 747-749 N. 63RD STREET, LLC | : CHAPTER 11 |
| DEBTOR | : |
| | : BANKRUPTCY NO. 10-10343 |
| IN RE: 39 AND 43 GARFIELD STREET, LLC | : CHAPTER 11 |
| DEBTOR | : |
| | : BANKRUPTCY NO. 10-10344 |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' related chapter 11 cases; and upon the Affidavit of Kenenth Irving, Managing Member of the Debtors, in support thereto; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (iii) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided, and (iv) capitalized terms not otherwise defined herein have the meaning given to them in the Motion; and the Court having determined that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor it is hereby

ORDERED, that the Motion is GRANTED; and it is further ORDERED, that the above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 10-10339; and it is further

ORDERED, that the consolidated caption of the jointly administered cases should read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  PINECREST NATIONAL FUNDING, LLC, et al | : CHAPTER 11 |
| DEBTORS | : JOINTLY ADMINSTERED |
| | : BANKRUPTCY NO. 10-10339 |

**The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors.**

Pinecrest National Funding, LLC, Tax ID #XX-XXX7279;
39 and 43 Garfield Street, LLC, Tax ID#XX-XXX1402;
747-749 N. 63rd Street , LLC, Tax ID#XX-XXX8507
15620 46th Lane South, LLC, Tax ID# XX-XXX3953; and
273-313 Birmingham Street , LLC, Tax ID#XX-XXX1408

ORDERED, that an entry shall be made on the docket of each of the Debtors' cases, other than that of Pinecrest National Funding, LLC, that is substantially similar to the following: An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the

Chapter 11 cases of Pinecrest National Funding, LLC, 39 and 43 Garfield Street, LLC, 747-749 N. 63rd Street, LLC, 15620 46th Lane South, LLC, 273-313 Birmingham Street, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-10339; and it is further

ORDERED, that one consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware; and it is further

ORDERED, that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Debtors' chapter 11 cases; and it is further

ORDERED, that notwithstanding the possible applicability of Rules 6004(h), 7062 or 9014 of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

ORDERED, that to the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern; and it is further

ORDERED, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Feb 19, 2010

Peter J. Walsh, U.S.B.J