IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| 747 N 63rd Street, LLC | ) | **Case No. 10-10343-KJC** |
| | ) | |
| **Debtors.** | ) | D.I. 219, 223 |
| | ) | |

ORDER

This 18th day of May, 2012, it is hereby ORDERED that the above-captioned Chapter 11 case is hereby DISMISSED.

_____
The Hon. Kevin J. Carey
United States Bankruptcy Judge