## UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
747–749 N. 63rd Street, LLC  
501 Madison Avenue  
Suite 501  
New York, NY 10022  
**EIN:** 27–1798507

**Chapter:** 11

**Case No.:** 10–10343–KJC

### NOTICE OF DISMISSAL

YOU ARE HEREBY NOTIFIED that the debtor(s) chapter 11 petition was dismissed on 5/18/2012 .

David D. Bird, Clerk

Dated: 5/21/12

(VAN–012)