# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LisaD | Date Created: 5/21/2012 |
| Case: 10−10343−KJC | Form ID: van012 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5064644     John F. Thomas, Jr., Esq.64 Read's WayNew Castle

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     John F. Thomas, Jr.     jftjr@mac.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     747−749 N. 63rd Street, LLC     501 Madison Avenue     Suite 501     New York, NY 10022

TOTAL: 1