# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
747−749 N. 63rd Street, LLC  
501 Madison Avenue  
Suite 501  
New York, NY 10022  
**EIN:** 27−1798507

**Chapter:** 11

**Case No.:** 10−10343−KJC

## NOTICE OF DISMISSAL

YOU ARE HEREBY NOTIFIED that the debtor(s) chapter 11 petition was dismissed on 5/18/2012 .

                                                  David D. Bird, Clerk

Dated: 5/21/12

(VAN−012)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 10-10343-KJC
747-749 N. 63rd Street, LLC                                         Chapter 11
      Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0311-1         User: LisaD           Page 1 of 2              Date Rcvd: May 21, 2012
                             Form ID: van012       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2012.
db         +747-749 N. 63rd Street, LLC,    501 Madison Avenue,    Suite 501,   New York, NY 10022-5625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5064644      John F. Thomas, Jr., Esq.64 Read's WayNew Castle
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0311-1          User: LisaD              Page 2 of 2            Date Rcvd: May 21, 2012
                              Form ID: van012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2012 at the address(es) listed below:
        John F. Thomas    on behalf of Debtor   747-749 N. 63rd Street, LLC jftjr@mac.com
        United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
        TOTAL: 2