**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6470, 9720, 9816** |

**ORDER DENYING WASHBURN'S MOTION FOR RULE 2004-1 EXAMINATION AND
PRODUCTION OF DISCOVERY RECORDS HELD BY NATIONAL BSA AND LOCAL
CROSSROADS OF THE WEST COUNCIL AND RENEWED REQUEST FOR RULE
2004-1 EXAMINATION**

Upon *Washburn's Motion for Rule 2004-1 Examination and Production of Discovery Records Held by National BSA and Local Crossroads of the West Council* [D.I. 6470] (the "Motion"), the *Renewed Request for Rule 2004-1 Examination* (together with the Motion, the "2004 Motions"), and the Debtors' response thereto [D.I. 9720]; and after due deliberation and sufficient cause appearing therefor; and in accordance with this Court's rulings and remarks at the hearing held on May 25, 2022, IT IS HEREBY ORDERED THAT:

1.      The 2004 Motions are DENIED.

2.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: June 6th, 2022**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.