**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due: June 21, 2022 at 4:00 p.m. (ET)** |

**TWENTY-SIXTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020 [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | April 1, 2022 through April 30, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $151,464.00 |
| Amount of payment sought: | $121,171.20 (80% of $151,464.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

The total time expended for fee application preparation is 11.8 hours and the corresponding compensation requested is $7,088.00.

This is a(n):  ☑ Monthly  ☐ Interim  ☐ Final application

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**ALIXPARTNERS, LLP**

**SUMMARY OF MONTHLY FEE APPLICATIONS**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $88,287.20 | $0.00 | 10/19/2021 Docket #6727 | $22,071.80 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $108,893.20 | $0.00 | 10/19/2021 Docket #6728 | $27,223.30 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $95,983.60 | $0.00 | 10/19/2021 Docket #6729 | $23,995.90 |
| 9/20/2021 Docket #6311 | 8/1/2021 - 8/31/2021 | $200,000.50 | $0.00 | $160,000.40 | $0.00 | 10/19/2021 Docket #6730 | $40,000.10 |
| 11/15/2021 Docket #7230 | 9/1/2021 - 9/30/2021 | $155,644.50 | $0.00 | $124,515.60 | $0.00 | 01/18/2022 Docket #8353 | $31,128.90 |

*[Continued on Next Page]*

**ALIXPARTNERS, LLP**

**SUMMARY OF MONTHLY FEE APPLICATIONS**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 12/16/2021 Docket #7802 | 10/1/2021 - 10/31/2021 | $95,867.00 | $0.00 | $76,693.60 | $0.00 | 01/18/2022 Docket #8354 | $19,173.40 |
| 01/03/2022 Docket #8099 | 11/1/2021 - 11/30/2021 | $147,403.50 | $0.00 | $117,922.80 | $0.00 | 01/19/2022 Docket #8385 | $29,480.70 |
| 02/03/2022 Docket #8646 | 12/1/2021 - 12/31/2021 | $162,604.50 | $0.00 | $130,083.60 | $0.00 | 02/22/2022 Docket #8932 | $32,520.90 |
| 2/28/2022 Docket #9039 | 1/1/2022 - 1/31/2022 | $115,197.00 | $0.00 | $92,157.60 | $0.00 | 3/16/2022 Docket #9361 | $23,039.40 |
| 3/25/2022 Docket #9524 | 2/1/2022 - 2/28/2022 | $127,586.50 | $0.00 | $102,069.20 | $0.00 | 4/18/2022 Docket #9660 | $25,517.30 |
| 5/9/2022 Docket #5782 | 3/1/2022 - 3/31/2022 | $322,523.50 | $0.00 | | $0.00 | 5/25/2022 Docket #9851 | $322,523.50 |
| 6/02/2022 Docket #N/A | 4/1/2022 - 4/30/2022 | $151,464.00 | $0.00 | | $0.00 | | $151,464.00 |
| **Subtotal** | | **$5,685,862.00** | **$0.00** | **$4,486,993.30** | **$0.00** | | **$1,198,868.70** |
| Second Interim Reduction[1] | | ($34,528.70) | | | | | ($34,528.70) |
| Third Interim Reduction[2] | | ($11,061.75) | | | | | ($11,061.75) |
| Fourth Interim Reduction[3] | | ($12,841.00) | | | | | ($12,841.00) |
| Fifth Interim Reduction[4] | | ($9,218.50) | | | | | ($9,218.50) |
| Sixth Interim Reduction[5] | | ($8,077.00) | | | | | ($8,077.00) |
| Seventh Interim Reduction[6] | | ($8,569.60) | | | | | ($8,569.60) |
| **Total** | | **$5,601,565.45** | **$0.00** | **$4,486,993.30** | **$0.00** | | **$1,114,572.15** |

---

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $12,841.00 during the Fourth Interim Fee Period ("Fourth Interim Reduction").

[4]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $9,218.50 during the Fifth Interim Fee Period ("Fifth Interim Reduction").

[5]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $8,077.00 during the Sixth Interim Fee Period ("Sixth Interim Reduction").

[6]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $8,569.60 during the Seventh Interim Fee Period ("Seventh Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 19.9 | $ 24,775.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 44.4 | 48,174.00 |
| Robert B Winning | Director | $990 | 22.6 | 22,374.00 |
| Scott Weiner | Senior Vice President | $700 | 50.4 | 35,280.00 |
| Joy N Ibanga | Senior Vice President | $700 | 13.6 | 9,520.00 |
| Lisa Marie Bonito | Vice President | $475 | 4.7 | 2,232.50 |
| Jennifer Braverman | Vice President | $460 | 19.8 | 9,108.00 |
| **Total Fees and Hours for Professionals** | | | **175.4** | **$ 151,464.00** |
| Less 20% Holdback | | | | (30,292.80) |
| **Total Fees for Professionals** | | | | **$ 121,171.20** |

**Average Billing Rate**        **$863.53**

4

## ALIXPARTNERS, LLP

### SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
### APRIL 1, 2022 THROUGH APRIL 30, 2022

| | Matter Code / Description | Hours | Fees |
|---|---|---|---|
| 1.1 | Planning, Coordination, and Case Management | 1.5 | $ 1,660.00 |
| 1.2 | Mtgs and Communications with UCC & Professionals | 11.6 | 9,782.50 |
| 1.3 | Mtgs and Communications with Mgmt & Debtors' Professionals | 0.4 | 498.00 |
| 1.4 | Mtgs and Communications with Lenders & Professionals | - | - |
| 1.5 | Mtgs and Communications with Tort Committee | - | - |
| 1.6 | Analysis of Cash Collateral | - | - |
| 1.7 | Analysis of Liquidity and Cash Management | 8.3 | 7,022.50 |
| 1.8 | Sale of Assets | - | - |
| 1.9 | Business and Strategic Plan Analysis | - | - |
| 1.10 | Valuation Analysis | - | - |
| 1.11 | Employee Compensation and Advisor Retention Matters | - | - |
| 1.12 | Financial and Other Diligence | 27.5 | 19,772.00 |
| 1.13 | Collateral Analysis | - | - |
| 1.14 | Forensic Analysis | - | - |
| 1.15 | Litigation Support | - | - |
| 1.16 | Claims Analysis | - | - |
| 1.17 | RSA, Disclosure Statement & Plan of Reorganization | 0.6 | 747.00 |
| 1.18 | Retention Applications & Relationship Disclosure Schedules | 19.8 | 9,108.00 |
| 1.19 | Attend Court Hearings | 99.4 | 98,825.50 |
| 1.20 | Fee Statements and Fee Applications | 6.3 | 4,048.50 |
| | **Total Hours and Professional Fees By Matter Category** | **175.4** | **$ 151,464.00** |

**Average Billing Rate**          **$863.53**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** **Objections Due:  June 21, 2022 at 4:00 p.m. (ET)** |

**TWENTY-SIXTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its twenty-sixth monthly application (the "Application") for allowance of compensation for professional services rendered for the period April 1, 2022 through April 30, 2022 (the "Compensation Period").   AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.     The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

2.       Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.       The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 [Docket No. 341] (the "Interim Compensation Order").

### Background

4.       On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.       On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("U.S. Trustee") appointed the Committee [Docket No. 141].

6.       On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "Fee Examiner Order") [Docket No. 1342]. The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020 in these Chapter 11 Cases to audit and review all Fee Applications.

### AlixPartners' Retention

7.       On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 483].

8.       On May 23, 2020, the Court entered the *Order Authorizing the Employment and*

2

*Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

9.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

10.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

**Relief Requested**

11.      During the Compensation Period, AlixPartners has provided an aggregate of 175.4 hours for professional services in the amount of $151,464.00.  After applying a 20% holdback of fees in the amount of $30,292.80, AlixPartners is requesting an allowance of professional fees in the amount of $121,171.20.

12.      Detailed descriptions of the professional services performed by each professional, organized by matter category and by date, and the aggregate hours during the Compensation Period are hereto attached as **Exhibit A**.  **Exhibit A** (a) identifies the individuals that rendered professional services in each subject matter, (b) describes each activity or service that each individual performed, and (c) states the number of hours (in tenths of an hour) spent by each individual providing the professional services during the Compensation Period.

3

**Professional Services By Category During the Compensation Period**

13.     AlixPartners classified services performed for which compensation is sought into separate categories.  The descriptions below summarize the services provided by AlixPartners to the Committee during the Compensation Period.

**Matter Code 1.1:  Planning, Coordination and Case Management**
**1.5 hours - $1,660.00**
Time spent includes engagement scoping, resource planning, and engagement execution strategy.

**Matter Code 1.2: Meetings and Communications with Committee Members and Professionals**
**11.6 hours - $9,782.50**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

**Matter Code 1.3: Meetings and Communications with Management and Debtors' Professionals**
**0.4 hours - $498.00**
Time spent includes meetings and discussions held with management and Debtors' professionals.

**Matter Code 1.7:  Analysis of Liquidity and Cash Management**
**8.3 hours - $7,022.50**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

**Matter Code 1.12: Financial and Other Diligence**
**27.5 hours - $19,772.00**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic Court docket, press releases, and monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 1.17:  RSA, Disclosure Statement & Plan of Reorganization**
**0.6 hours - $747.50**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 1.18:  Retention Applications and Relationship Disclosure Schedules**
**19.8 hours - $9,108.00**
Time spent includes managing the retention and relationship disclosure processes.

**Matter Code 1.19:  Attend Court Hearings**
**99.4 hours - $98,825.50**
Time spent includes attending Court hearings, by video conference or telephonically.

**Matter Code 1.20:  Fee Statements and Fee Applications**
**6.3 hours – $4,048.50**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

14.     AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, actual and for necessary services rendered or expenses incurred on behalf of the Committee during the Compensation Period.

15.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

16.     A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

17.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

**<u>Notice</u>**

18.    Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

## **Conclusion**

**WHEREFORE**, AlixPartners respectfully requests: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $121,171.20 (80% of $151,464.00); (ii) that the Debtors be authorized and directed to pay AlixPartners the sum of $121,171.20; and (iii)  any such other and further relief as is just and proper.

Dated:  June 2, 2022      ALIXPARTNERS, LLP
             909 Third Avenue, 28th Floor
             New York, New York 10022


             */s/ David MacGreevey*
             By:  David MacGreevey
                Managing Director

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Planning, Coordination, and Case Management
Code:      20001605P00001.1.1

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 04/21/2022 | DM | Discussion with D. MacGreevey, R. Winning and K. McGlynn (all AlixPartners) re: potential future role with BSA | 0.5 |
| 04/21/2022 | RBW | Discussion with D. MacGreevey, R. Winning and K. McGlynn (all AlixPartners) re: potential future role with BSA | 0.5 |
| 04/21/2022 | KM | Discussion with D. MacGreevey, R. Winning and K. McGlynn (all AlixPartners) re: potential future role with BSA | 0.5 |
| **Total Professional Hours** | | | **1.5** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Planning, Coordination, and Case Management
Code:          20001605P00001.1.1

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.5 | $ | 622.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 0.5 | | 542.50 |
| Robert B Winning | Director | $990 | 0.5 | | 495.00 |
| **Total Professional Hours and Fees** | | | **1.5** | **$** | **1,660.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

Re: Mtgs and Communications with UCC & Professionals
Code: 20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 04/04/2022 | SW | Review Kramer Levin summary update of 4/1 Confirmation hearing proceeding | 0.4 |
| 04/07/2022 | SW | Review Kramer Levin summary update of 4/6 Confirmation hearing proceeding | 0.7 |
| 04/08/2022 | SW | Review Kramer Levin summary update of 4/7 Confirmation hearing proceeding | 0.6 |
| 04/12/2022 | SW | Review proposed Kramer Levin NALC plan language | 0.9 |
| 04/12/2022 | SW | Review Kramer Levin summary update of 4/11 Confirmation hearing proceeding | 0.4 |
| 04/13/2022 | SW | Review Kramer Levin summary update of 4/12 Confirmation hearing proceeding | 0.3 |
| 04/14/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA 4/12 Confirmation hearing updates | 0.3 |
| 04/14/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: 4/13 BSA Confirmation hearing | 0.2 |
| 04/14/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA 4/11 Confirmation hearing updates | 0.3 |
| 04/14/2022 | SW | Review Kramer Levin summary update of 4/13 Confirmation hearing proceeding | 0.3 |
| 04/15/2022 | SW | Review Kramer Levin summary update of 4/14 Confirmation hearing proceeding | 0.4 |
| 04/20/2022 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: progress of Confirmation hearings | 0.4 |
| 04/20/2022 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: progress of Confirmation hearings | 0.4 |
| 04/20/2022 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: progress of Confirmation hearings | 0.4 |
| 04/20/2022 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: progress of Confirmation hearings | 0.4 |
| 04/25/2022 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), R. Ringer, M. Wasson (both Kramer Levin) re: general case updates including Plan Confirmation | 0.5 |
| 04/25/2022 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), R. Ringer, M. Wasson (both Kramer Levin) re: general case updates including Plan Confirmation | 0.5 |
| 04/25/2022 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson (both Kramer Levin) re: general case updates including Plan Confirmation | 0.5 |
| 04/25/2022 | KM | Review and revise weekly Committee update presentation | 0.9 |
| 04/25/2022 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson (both Kramer Levin) re: general case updates including Plan Confirmation | 0.5 |
| 04/25/2022 | SW | Draft outline of Committee presentation script and talking points in advance of call | 1.8 |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Mtgs and Communications with UCC & Professionals
Code:      20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 04/25/2022 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson (both Kramer Levin) re: general case updates including Plan Confirmation | 0.5 |
| **Total Professional Hours** | | | **11.6** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Mtgs and Communications with UCC & Professionals
Code:            20001605P00001.1.2

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.3 | $ | 1,618.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 1.8 | | 1,953.00 |
| Robert B Winning | Director | $990 | 0.9 | | 891.00 |
| Scott Weiner | Senior Vice President | $700 | 6.7 | | 4,690.00 |
| Joy N Ibanga | Vice President | $700 | 0.9 | | 630.00 |
| **Total Professional Hours and Fees** | | | **11.6** | **$** | **9,782.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Mtgs and Communications with Mgmt & Debtors' Professionals
Code:       20001605P00001.1.3

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 04/19/2022 | DM | Discussion with B. Whittman (A&M) re: post Confirmation work plan and other issues | 0.4 |
| **Total Professional Hours** | | | **0.4** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Mtgs and Communications with Mgmt & Debtors' Professionals
Code:            20001605P00001.1.3

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.4 | $ 498.00 |
| **Total Professional Hours and Fees** | | | **0.4** | **$ 498.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Analysis of Liquidity and Cash Management
Code:      20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 04/01/2022 | DM | Review BSA budget variance week ended 3.25 | 0.3 |
| 04/04/2022 | SW | Review prior week variance report | 0.4 |
| 04/08/2022 | SW | Review prior week variance report | 0.3 |
| 04/15/2022 | DM | Review BSA budget variance week ended 4.08 | 0.3 |
| 04/15/2022 | SW | Review variance report for the week ended 4/8/22 | 0.5 |
| 04/22/2022 | INI | Prepare cash flow budget slides for April 25th Committee update | 2.4 |
| 04/22/2022 | SW | Review updated Budget and create comparison versus Plan projections | 1.8 |
| 04/25/2022 | KM | Review and analyze Debtors' updated 13 week cash flow forecast | 1.1 |
| 04/25/2022 | KM | Review and analyze Debtors' last two weeks of weekly liquidity updates | 1.2 |
| **Total Professional Hours** | | | **8.3** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Analysis of Liquidity and Cash Management
Code:          20001605P00001.1.7

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.6 | $ | 747.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 2.3 | | 2,495.50 |
| Scott Weiner | Senior Vice President | $700 | 3.0 | | 2,100.00 |
| Joy N Ibanga | Vice President | $700 | 2.4 | | 1,680.00 |
| **Total Professional Hours and Fees** | | | **8.3** | **$** | **7,022.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Financial and Other Diligence
Code:       20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 04/04/2022 | SW | Create exhibit detailing actual January 2022 operating surplus vs Plan | 1.6 |
| 04/04/2022 | SW | Review January 2022 Grey Book | 1.8 |
| 04/04/2022 | SW | Review January 2022 MOR | 0.7 |
| 04/05/2022 | SW | Create exhibits summarizing January 2022 recievables, including benchmarking versus other relevant month ends | 1.1 |
| 04/05/2022 | SW | Create exhibit detailing actual January 2022 balance sheet vs prior two month ends | 0.8 |
| 04/05/2022 | SW | Create exhibits summarizing January 2022 post-petition debts, including benchmarking versus recent month ends | 1.3 |
| 04/05/2022 | SW | Create exhibit detailing actual January 2022 membership vs Plan | 0.7 |
| 04/20/2022 | SW | Review February 2022 Grey Book | 2.1 |
| 04/20/2022 | SW | Review February 2022 MOR | 1.1 |
| 04/21/2022 | SW | Draft commentary for slide exhibiting February 2022 operating surplus vs Plan | 1.6 |
| 04/21/2022 | SW | Create exhibit detailing balance sheet as of 2/28 vs two prior month ends | 0.7 |
| 04/21/2022 | SW | Create exhibit comparing YTD 2/28 operating surplus vs Plan | 1.3 |
| 04/21/2022 | SW | Draft commentary for slide exhibiting YTD 2/28 operating surplus vs Plan | 1.9 |
| 04/21/2022 | SW | Create exhibit comparing February 2022 operating surplus vs Plan | 1.5 |
| 04/21/2022 | SW | Create exhibit comparing February 2022 membership in Grey Book versus Plan | 0.8 |
| 04/22/2022 | SW | Create exhibits for slides summarizing 2/28/22 and trends in receivables and aging | 0.9 |
| 04/22/2022 | SW | Draft commentary for slide exhibiting balance sheet as of 2/28 vs two prior month ends | 0.8 |
| 04/22/2022 | SW | Review and edit February 2022 financial performance update and send for internal comment | 1.5 |
| 04/22/2022 | SW | Draft commentary for slides summarizing 2/28/22 receivables and aging versus prior relevant periods | 0.6 |
| 04/22/2022 | SW | Draft commentary for slides summarizing 2/28/22 and trends in receivables and aging | 0.7 |
| 04/22/2022 | SW | Create exhibits for slides summarizing 2/28/22 and trends in post-petition payables | 0.7 |
| 04/25/2022 | RBW | Review recent financial and operational reporting and prepare presentation to UCC re same | 1.8 |
| 04/25/2022 | SW | Conduct diligence into Cook's Peak fire | 1.5 |
| **Total Professional Hours** | | | **27.5** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:               Financial and Other Diligence
Code:            20001605P00001.1.12

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Robert B Winning | Director | $990 | 1.8 | 1,782.00 |
| Scott Weiner | Senior Vice President | $700 | 25.7 | 17,990.00 |
| **Total Professional Hours and Fees** | | | **27.5** | **$   19,772.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          RSA, Disclosure Statement, & Plan of Reorganization
Code:        20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 04/14/2022 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: proposed settlement with certain BSA insurers | 0.6 |
| **Total Professional Hours** | | | **0.6** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                              RSA, Disclosure Statement, & Plan of Reorganization
Code:                            20001605P00001.1.17

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.6 | $ | 747.00 |
| **Total Professional Hours and Fees** | | | **0.6** | **$** | **747.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Retention Applications & Relationship Disclosure Schedules
Code:        20001605P00001.1.18

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 04/18/2022 | JB | Review parties in interest in firm database for supplemental disclosure purposes | 1.9 |
| 04/21/2022 | JB | Continue review of parties in interest in firm database for supplemental disclosure purposes | 1.8 |
| 04/21/2022 | JB | Update supplemental disclosure draft | 0.8 |
| 04/21/2022 | JB | Create supplemental disclosure draft | 0.1 |
| 04/22/2022 | JB | Continue review of parties in interest in firm database for supplemental disclosure purposes | 2.9 |
| 04/22/2022 | JB | Update supplemental disclosure draft | 1.9 |
| 04/25/2022 | JB | Continue review of parties in interest in firm database for supplemental disclosure purposes | 1.8 |
| 04/25/2022 | JB | Update supplemental disclosure draft | 0.8 |
| 04/26/2022 | JB | Continue review of parties in interest in firm database for supplemental disclosure purposes | 1.8 |
| 04/26/2022 | JB | Update supplemental disclosure draft | 1.2 |
| 04/27/2022 | JB | Continue review of parties in interest in firm database for supplemental disclosure purposes | 2.9 |
| 04/27/2022 | JB | Update supplemental disclosure draft | 1.9 |
| **Total Professional Hours** | | | **19.8** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                    Retention Applications & Relationship Disclosure Schedules
Code:                  20001605P00001.1.18

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Jennifer Braverman | Vice President | $460 | 19.8 | 9,108.00 |
| **Total Professional Hours and Fees** | | | **19.8** | **$ 9,108.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Attend Court Hearings
Code:      20001605P00001.1.19

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 04/01/2022 | DM | Attend BSA Confirmation hearing | 2.2 |
| 04/01/2022 | INI | Attend Confirmation hearing virtually | 2.3 |
| 04/01/2022 | KM | Attend Confirmation hearing | 2.0 |
| 04/01/2022 | RBW | Dial into plan Confirmation hearing (partial) | 0.9 |
| 04/01/2022 | SW | Dial into plan Confirmation hearing | 1.9 |
| 04/04/2022 | INI | Attend Confirmation hearing. | 2.5 |
| 04/04/2022 | SW | Dial into Confirmation hearing | 1.3 |
| 04/06/2022 | DM | Attend BSA Confirmation hearing | 5.8 |
| 04/06/2022 | INI | Attend BSA Confirmation hearing | 2.0 |
| 04/06/2022 | KM | Attend BSA Confirmation hearing | 6.8 |
| 04/06/2022 | RBW | Dial into Confirmation hearing (partial) | 3.7 |
| 04/06/2022 | SW | Dial into Confirmation hearing | 3.7 |
| 04/07/2022 | DM | Attend BSA Confirmation hearing | 4.8 |
| 04/07/2022 | INI | Attend BSA Confirmation hearing | 3.0 |
| 04/07/2022 | KM | Attend BSA Confirmation hearing | 5.9 |
| 04/07/2022 | RBW | Dial into Confirmation hearing (partial) | 2.7 |
| 04/07/2022 | SW | Dial into Confirmation hearing | 6.0 |
| 04/11/2022 | KM | Attend BSA Confirmation hearing | 7.2 |
| 04/11/2022 | RBW | Dial into Confirmation hearing (portion) | 3.3 |
| 04/12/2022 | KM | Attend BSA Confirmation hearing | 5.1 |
| 04/12/2022 | RBW | Dial into Confirmation hearing (partial) | 3.1 |
| 04/12/2022 | SW | Dial into portion of Confirmation hearing | 1.2 |
| 04/13/2022 | KM | Attend BSA Confirmation hearing | 5.6 |
| 04/13/2022 | RBW | Dial into Confirmation hearing (partial) | 3.3 |
| 04/14/2022 | DM | Attend BSA Confirmation hearing | 2.5 |
| 04/14/2022 | KM | Attend BSA Confirmation hearing | 5.3 |
| 04/14/2022 | RBW | Dial into Confirmation hearing (partial) | 2.4 |
| 04/22/2022 | DM | Attend BSA hearing re: warehouse sale | 0.7 |
| 04/22/2022 | INI | Attend warehouse sale hearing. | 0.5 |
| 04/22/2022 | KM | Attend Boy Scouts hearing re: warehouse sale | 0.8 |
| 04/22/2022 | SW | Dial in to warehouse sale hearing | 0.9 |
| **Total Professional Hours** | | | **99.4** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Attend Court Hearings
Code:          20001605P00001.1.19

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 16.0 | $ | 19,920.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 38.7 | | 41,989.50 |
| Robert B Winning | Director | $990 | 19.4 | | 19,206.00 |
| Scott Weiner | Senior Vice President | $700 | 15.0 | | 10,500.00 |
| Joy N Ibanga | Vice President | $700 | 10.3 | | 7,210.00 |
| **Total Professional Hours and Fees** | | | **99.4** | **$** | **98,825.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Fee Statements and Fee Applications
Code:     20001605P00001.1.20

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/05/2022 | LMB | Prepare professional fees for March 2022 monthly fee application | 1.2 |
| 04/12/2022 | LMB | Revise 8th Interim Fee Application | 0.5 |
| 04/14/2022 | DM | Review BSA 8th interim fee application | 0.5 |
| 04/17/2022 | LMB | Email to M. Wasson (Kramer Levin) attaching 8th Interim Fee Application for filing on the Court docket | 0.2 |
| 04/17/2022 | LMB | Finalize 8th Interim Fee Application | 0.3 |
| 04/28/2022 | LMB | Update fee application status chart | 0.3 |
| 04/29/2022 | KM | Review March fee application | 1.1 |
| 04/29/2022 | LMB | Prepare 25th Monthly Fee Application, supporting schedules and exhibits (March 2022) | 2.2 |
| **Total Professional Hours** | | | **6.3** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Fee Statements and Fee Applications
Code:          20001605P00001.1.20

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.5 | $ | 622.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 1.1 | | 1,193.50 |
| Lisa Marie Bonito | Vice President | $475 | 4.7 | | 2,232.50 |
| **Total Professional Hours and Fees** | | | **6.3** | **$** | **4,048.50** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors") in the above-captioned Chapter 11 Cases[2].

2.      I have reviewed the *Twenty-Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period April 1, 2022 through April 30, 2022* (the "Application").

3.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule") and submit that the Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry,

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application

the Application complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the U.S. Trustee Guidelines.  Except to the extent prohibited by the U.S. Trustee Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1.  Does not make a profit;

2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3.  Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:   May 27, 2022

                                        */s/ David MacGreevey*
                                        By:  David MacGreevey
                                             Managing Director

-2-