Honorable Judge Silverstein
For District of Delaware
US Bankruptcy Court
824 North Market
Wilmington, DE 19801

This department is not responsible for the contents of this correspondence. For information about the offender or to verify information about the offender please visit our website at www.department.gov

© 2021 USPS  recycled

FILED
2022 JUN -3 AM 10:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2022 JUN -3 AM 10: 19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Your Honor I've sent a couple of letters to you in reference to The BSA Bankruptcy cass,

Can you please address these questions to the best you may do. Because Missouri Law makers won't "open the Revial Window" No Attorney will take Any of Our Cases because of the Statute of Limitions None of the Other Men that was in the same Troop that I witness And or part of the Abuse As instructed bye Mr. Owens, Can you please assit us in Answering the questions I /Prior Letter