PLEASE SEAL DOCUMENT

5/25/22

FILED
2022 JUN -3 AM 10: 28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Judge Silverstein,

I was a member of the Boy Scouts of America in the early 1990s. During that time, I was victimized on multiple occasions, but was afraid to report this to anyone at the time. I have been incarcerated in federal prison since 2006. Recently, another inmate brought to my attention that the Boy Scouts of America has established a settlement for victims of exactly the type of events I was subject to. I had no idea about this settlement until just a few months ago. I was never contacted by any council from any party in the settlement, and my access to media is severely restricted due to my incarceration.

I am requesting that you please add me to the BSA settlement. Just a few weeks ago I filled out the claims form provided by Omni. I had no knowledge or opportunity to file this at an earlier date.

For personal, safety, and private reasons, I would also like to request that you seal this request, as I will continue to be incarcerated until the year 2027.

Thank you,

My address:

[redacted]