To: Honorable
Lauri Selber
Silverstein
BSA.
824 Market
6th Floor
Wilmington, DE,
19801

From: Plantiff BSA

FILED 2022 JUN -3 AM 10: 4[?]
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 27th 2022
Time 3:41 PM

RE: Boy Scott. Claim :)

To. Honorable Silverstein,

I'm pleading my Boy Scott Claim to be Ruled on By you now. Thank you so much for each Ruleing you have made in our favor. It's been along time since we been waiting. Now all we need is your decision on our Boy Scott Claim. Please Rule in our favor soon. Thank so much I appreciate all you done for us. I'm 62 years old. I been waiting a long time from that Abuse. As a Boy Scott.

Sincerely your Plantiff
Love Ya.



Attention
To: Honorable Lauri' Silverstein
BSA
Bankruptcy Court
6th Floor
824 Market St.
Wilmington DE, 19801

GRAND RAPIDS MI 493
27 MAY 2022 PM 2 L