IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

FILED
2022 JUN -6 AM 10: 46

IN RE :

BOY SCOUT AMERICA AND
DELAWARE BSA LLC,

Debtors

Chapter 11
Case No. 20-10343 (LSS)
( Jointly Administered)

RESPONSE TO BALLOT FOR CLASS & ( DIRECT ABUSE CLAIMS)

Now comes, ▇▇▇▇▇▇ in his own proper person sui juris and moves this court as following: Response to Ballot for Class & ( Direct Abuse Claims ).

The plaintiff was subject to violations and due to the defendants filing their chapter 11 claim in the above case the plaintiff wishes to opt out of the third party Release .

The plaintiff would like the court to allow the defendant to disclose all discovery material in this case to the plaintiff.

All the material the original attorneys have in their custody will be needed.

WHEREFORE

plaintiff seeks to opt out of the suit .

RESPECTFULLY SUBMITTED
▇▇▇▇▇▇▇
3/7/2022
▇▇▇▇▇▇▇