# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **RE: D.I. 9845** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH INTERIM APPLICATION OF WHITE & CASE LLP, AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 TO AND INCLUDING JANUARY 31, 2022**

The undersigned hereby certifies that, pursuant to the deadline of the **Sixth Interim Application of White & Case, LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 to and Including January 31, 2022** (the "Interim Application") (D.I. 9845), filed on May 23, 2022, objections to the Interim Application were to be filed and served no later than June 6, 2022 at 4:00 p.m. (Eastern Time) (the "Objection Deadline")

Prior to the Objection Deadline, White & Case, LLP received informal comments to the Interim Application from the Debtors. White & Case, LLP has resolved the Debtors' informal comments without reducing any amounts requested in the Interim Application. White & Case, LLP has received no other objection, response, or comments, and no objection or other responsive pleading to the Interim Application appears on the Court's docket.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHEREFORE, White & Case respectfully requests that the Interim Application be approved.

| | |
|---|---|
| Dated:  June 7, 2022<br>          New York, New York | **WHITE & CASE LLP**<br><br>*/s/ Jessica C. Lauria*<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>           mlinder@whitecase.com<br>           laura.baccash@whitecase.com<br>           blair.warner@whitecase.com<br><br> ATTORNEYS FOR THE DEBTORS AND DEBTORS<br> IN POSSESSION |