

```
                                                        FILED
                                                    2022 JUN -9 AM 8: 37
                                                         CLERK
                                                    US BANKRUPTCY COURT
Re; 23898                              Tuesday, May 31st, 2022
                                                   DISTRICT OF DELAWARE
```

Dear Honorable Lauri Silverstein, U.S.D.J.;

    While recently contemplating my current situation regarding the below concerns, it crossed my mind to write directly to you and your court, as to the very best of my knowlege, you've made the decisions in most of this Boy Scouts Abuse case. As I was a victum. In the past Mr. Van Arsdale suggested that I write to you about the plea for Bankrupcy by the Boy Scouts, in which I ojected in the letter I wrote to you.

    Now I have another discrepancy...several of them in fact, as I will explain to you.

.     Mr. Van Arsdale it seems hasn't read or replied to any of my correspondence to his office in San Diego However when he wanted to utilize my abuse, he had no problem keeping a line of communication open. Since he investigated and confirmed everything which I explained to him. Now however, since the winning of such a case it seems that he has no time or interest in what I might have to say.

    Approximately 3 months ago someone from his office gave me a figure baring two separate amounts, with them being $109,000.00 to $179,000.00. Stating that it would be one or the other. To be quite frank with you, $109,000.00 isn't remotely satifactory to

24 hours. by the Scout Master, whom I worked for.

page-2

Please bare in mind that I was 13 years old when it began, and turned 14 when it ended. This period was between March and June of 1968. Due to the abuse I suffered, to this day I have a tremedous distrust for men, have nightmares, and psychological scars that remain with me.

I wrote to Andrew Van Arsdale and voiced my dis-satisfaction with the $109,000.00 figured. I also asked if I could somehow appeal from that figure. Of course he's never answered that either. The $179,000.00 is a more feasible amount, but the 1000 page explanatory PLANN clearly describes that I suffered to the tune of up to 6 million, although that figure .I don't in any fashion expect. Even in light of the award (I believe you passed down) of ONE BILLION, FIVE HUNDRED and FIFTY-SEVEN MILLION DOLLARS was astouneding!

I would like to ask you, is there anyway in which I can appeal from the $109,000.00?

Thank you for your time and any consideration you might give me.

TRENTON NJ 085
6 JUN 2022 PM 4 L

LEGAL CORRESPONDENCE

Hon. Lauri Silverstein, U.S.D.J.
824 Market St. 6th Fl.
Wilmington, Delaware
19801

19801-302499

