# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 223, 436, 486, 551, 819, 3146, and 7964** |

## SIXTH SUPPLEMENTAL DECLARATION OF JAMES L. PATTON, JR. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a)

I, James L. Patton, Jr., hereby state as follows:

1. On March 18, 2020, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion of Debtor for Entry of an Order Appointing James L. Patton, Jr. as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Motion") [Docket No. 223]. The *Declaration of James L. Patton, Jr. in Support of Debtors' Motion for Entry of an Order Appointing James L. Patton, Jr. as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Initial Declaration") was attached to the Motion as Exhibit B.

2. On April 15, 2020, I filed the *First Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 436].

3. On April 24, 2020, the Court entered an order appointing me as the legal representative for future claimants (the "Future Claimants' Representative") [Docket No. 486].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

29311862.1

4. On May 4, 2020, I filed the *Second Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 551].

5. On June 10, 2020, I filed the *Third Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 819].

6. On May 5, 2021, I filed the *Fourth Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 3146].

7. On December 27, 2021, I filed the *Fifth Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 7964].

8. I have continued to monitor any potential conflicts or connections that may arise with respect to my appointment as the Future Claimants' Representative since the filing of the Initial Declaration and all subsequent supplemental declarations and submit the following additional disclosures.

9. This sixth supplemental declaration discloses (i) Young Conaway's representation of Cox Media Group and Stripes Acquisition LLC in matters unrelated to abuse claims and the Debtors and (ii) the matter described below.

10. On February 24, 2022, the Debtors designated the Honorable Barbara J. Houser (Ret.) as the initial settlement trustee for the trust to be established pursuant to the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (as amended, modified, and/or supplemented, the "Plan"). *See* Docket No. 8981.

11. Although the Court has not ruled on the Plan's confirmation, out of an abundance of caution, Young Conaway discloses that former Judge Houser engaged Young

Conaway to represent her in her capacity as the future claimants' representative for future asbestos claimants in *In re HONX, Inc.*, Case No. 22-90035 (MI) (Bankr. S.D. Tex.). This matter is unrelated to abuse claims and the Debtors.

        12.      Based on the disclosures in the Initial Declaration and all subsequent supplemental declarations, I continue to believe that (a) I am independent of the Debtors and the Interested Parties; (b) none of the matters disclosed in this declaration has had or will have an adverse effect on my ability to carry out my duties as the Future Claimants' Representative to loyally and effectively represent the Future Claimants; and (c) pursuant to section 101(14), I am a "disinterested person" and do not have any interest that is materially adverse to the Future Claimants.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of June, 2022.                      */s/ James L. Patton, Jr.*
                                                                                     James L. Patton, Jr.