FILED
2022 JUN 15 AM 8:59
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

006334      6334  1 MB 0.485
T31  P1 *****AUTO**MIXED AADC 601
JUDGE LAURIE SELBER SILVERSTEIN
DISTRICT OF DELAWARE US BANKRUPTCY COURT
824 N MARKET ST FL 3
WILMINGTON DE 19801-3024

41133482-006334-02-02-00




FILED
2022 JUN 15 AM 8:59
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



DISTRICT OF DELAWARE

U.S. BANKRUPTCY COURT

CHIEF JUDGE

LAURIE SELBER SILVERSTEIN

824 MARKET ST N

3RD FLOOR

WILMINGTON, DE. 19801

05JUN2022

HONORABLE JUDGE: LAURIE SELBER SILVERSTEIN

HELLO. I AM ███████; A CLAIM HOLDER WITH THE BOY SCOUTS OF AMERICA BANKRUPTCY PROCEEDINGS. CASE # 20-10343. I HAVE FILED PLEADINGS WITH AN OBJECTION TO ARTICLE XJ4 CONFIRMATION OF THE PLAN, AND THEREIN I DID SPECIFY A DECREE; WHICH REMAINS WITHELD FROM MY POSSESSION, THOUGH I FAILED TO MENTION THAT THE DECREE WAS ACCOMPANIED BY OTHER DOCUMENTS WITHIN A QUANTITY OF PAPERS WHICH WERE STOLEN AFTER THE SUSPECT HAD INFLICTED MY FATHER; ███████ WITH A SLINGSHOT; THE RESULT OF HIS DEATH DURING THE YEAR 1979, AND THEREFORE THE DOCUMENTS HAVE BEEN MANIPULATED BY THE SUSPECT EVER SINCE. HOWEVER COPIES OF SUCH DOCUMENTS CONTAINED WITHIN A QUANTITY OF PAPERS HAVE BEEN SUBJECTED TO LITIGATION AFTER MY MOTHER'S ALLEGED DEATH OF JULY, 14, 2021, WHEREIN I REMAIN EX PARTE. OTHERWISE MY EFFORTS TO SECURE ANY JUSTICE TO MY CIRCUMSTANCES IS FURTHER COMPLICATED BY A NAME CHANGE DURING THE YEAR 1985, WHEN I HAD LEGALLY CHANGED THE SPELLING OF MY NAME FROM ███████ TO ███████ I WAS NOT AWARE OF THE ACTUAL SPELLING BECAUSE I HAD BEEN EDUCATED TO SPELL MY NAME ███████ AS A TODDLER. VITAL STATISTICS COULD NO LONGER ADJUST THE SPELLING OF MY NAME PURSUANT TO MY APPLICATIONS FOR BIRTH CERTIFICATES WHICH I USED TO APPLY FOR IDENTIFICATION CARDS. NOR DID VITAL STATISTICS REQUIRE ANY COURT PROCEEDINGS TO EFFECT THE LEGAL NAME CHANGE TO ███████ ███████

RESPECTFULLY ███████ 05JUN2022