June 9, 2022

To: Judge Silverstein
Adjudacation
824 Market St, 6th Floor
Wilmington, DE 19801

RE: BSA Case

From: [redacted]

Re: BSA Case

I'm a BSA Client. I have now been released from the VA Medical Center. My health is not the best but improving slowly.

I'm concerned about my outcome on my case. Please inform me further.

Thank You

[redacted]