The Honorable Judge Laurie Selber Silverstein
c/o United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

U.S.M.S X-RAY

CLEVELAND OH
13 JUN 2022

June 12, 2022

FILED
2022 JUN 17 AM 8:55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Silverstein,

I believe that my association with the Boy Scouts really has led to my tendencies, deep thoughts, dreams, substance abuse, failed relationships and deep hatred of gays.

No amount of money will restore my faith, innocence lost, or sanity.

I hope that this never happens again.

Lost,