IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343(LSS) |
| | (Jointly Administered) |
| Debtor. / | Ref. Claim No. 5090 |

**STIPULATION AND AGREEMENT TO TED A. BARRETT
BEING ALLOWED TO WITHDRAW AS COUNSEL OF RECORD
FOR THE CHURCH OF GOOD SHEPHERD WITH REGARD TO CLAIM
NO. 5090, SUBSTITUTING IN HIS PLACE THE CHURCH OF GOOD SHEPHERD**

Ted A. Barrett, Attorney at Law, of the Law Firm of Barrett & Barrett, Attorneys at Law, and the Church of Good Shepherd, on whose behalf Mr. Barrett filed Claim No. 5090, do hereby stipulate and agree that Ted A. Barrett, and the Law Firm of Barrett & Barrett, shall be allowed to withdraw as counsel of record for the Church of Good Shepherd in this case, and shall be removed from the Master Mailing List (Matrix) for this case, and they further agree that the Church of Good Shepherd shall be substituted in their place to receive all papers in this case, which shall in the future be mailed to:

Church of Good Shepherd
639 Edgewater Drive
Dunedin, FL 34698

HAVING SO STIPULATED AND AGREED, the parties set their signatures hereunto on the dates indicated below:

Dated: 6/7/2022

CHURCH OF GOOD SHEPHERD
By: Rev. Whitney Burton-Smith
639 Edgewater Drive
Dunedin, FL 34698
(727) 733-4125

Dated: 4/27/2022

Ted A. Barrett, Esq.
BARRETT & BARRETT
505 Patricia Avenue
Dunedin, FL 34698
Telephone: (727) 733-5012
Facsimile: (727) 733-5172
FBN: 802700
barrettandbarrettlaw@gmail.com