# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 9859** |

### CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SIXTH MONTHLY APPLICATION OF BATES WHITE, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2022 TO AND INCLUDING APRIL 30, 2022

The undersigned hereby certifies that, pursuant to the notice of the **Twenty-Sixth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 to and Including April 30, 2022** (the "Application") (D.I. 9859), filed on May 27, 2022, objections to the Application were to be filed and served no later than June 10, 2022 at 4:00 p.m. (Eastern Time).

Prior to the Objection Deadline, Bates White received informal comments to the Application from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").  To resolve the informed comments from the U.S. Trustee, Bates White has agreed to reduce its requested expenses in the amount of $13,376.29.  Besides the informal comments from the U.S. Trustee, Bates White has received no other objection, response, or comments, and no objection or other responsive pleading to the Application appears on the Court's docket.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $202,745.50 | $9,373.70[2] | $162,196.40 | $171,570.10 |

WHEREFORE, Bates White respectfully requests that the Application be approved.

Dated: June 21, 2022  
       Washington, DC

BATES WHITE, LLC

*/s/ Andrew R. Evans*  
Andrew R. Evans  
Partner  
2001 K Street NW,  
North Building, Suite 500  
Washington, DC 20006  
Telephone: 202-354-1187  
Email: andrew.evans@bateswhite.com

ABUSE CLAIMS CONSULTANT AND ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION

---

[2] This amount reflects a reduction of $13,376.29 in expenses to resolve the informal comments Bates White received from the U.S. Trustee.