U.S. Bankruptcy Court
Judge Laurie S. Silverstein
824 North Market St. 3rd Fl.
Wilmington, DE  19801

#20-10343

Dear Judge,

    I have been wanting to write to you - to somebody - since this whole suit - issue - came up. I am a child abuse survivor from a week at a boy scout camp, as a Cub Scout, in 1974. I was 7-years-old and I was raped at camp by a staff member. That day changed my life! No, I never told anyone, but back then, we didn't talk about child sexual abuse then. I did not even know I had been sexually abuse ~~th~~ then, until I became an abuser myself.

    I don't know for sure if that day is what turned me into a child abuser - no expert has ever ventured to answer that question - but I am pretty sure it is. At the time of my abuse at seven, I didn't know I was being abused and I didn't know it was wrong. It didn't hurt, it just felt strange - but some how good - at the same time. I got attention from an adult that didn't seem to be harsh,

loud or physically painful. Although I never sought more abuse out, I did start abusing five years later.

I never told because - as I've mentioned - I didn't know it was wrong until later. I did, however, avoid any and all field trips at school until I was 12, and never went back to BSA camp. I just knew that I had to avoid that situation, and the only way I knew - as a little kid - to do that was to avoid outings with others.

Honestly, prior to this suit happening, I had packed that memory away. I've asked counselors about it and its effect on me over the years - when I was made to go to counseling - but none ever wanted to talk about it - my being abused - so I had stuffed it away for a long time. Now - although I am not in counseling - I feel like it is in my face every day. I relive it and I cry for the little me who hates the fact that I was abused, and that I have abused others. That's the part of me I hate the most.

I never asked to be abused and I know none of my victims asked to be abused either. I cry for all of us now. Again, I don't know if that one experience at camp made little

2

me into the monster I am now, but in some ways I know NONE of this stuff was ever in my mind prior to that day - but it sure was after that day. I saw every one differently, adults, my family and my classmates and friends. And in some odd way myself as well.

I hate what I've done, but I also hate what was done to me. I'm pretty sure, that day at camp ruined my and others lives, and all these years later - 48 years - it still does. I question who I am, what I am, did I do something to cause him to rape me, was it my fault, could I have done something to not have my entire life and the life of others altered for ever, at the age of 7? If so, what? School forced me on Retilin - I hated that medication - it turned me into a zombie, locking me into my own head. Was that part of my complacency?

No I am 54-years-old and serving multiple life sentences because I could not be the father to my children that I always wanted to be. At this point all I can pray for is closure to what reasonably can be attributed to the ruination of my and others lives. The other reason for wanting to write to you - besides letting you know how my abuse has affected me -

3

is to also let you know how the process or progress of the suit is only causing me - and perhaps others - delayed closure. It seems to me like as long as this suit delays any type of closure/settlement, I am forced to relive that day in the cabin cell over again every day.

As an incarcerated claimant, I have no access to what's going on. I was getting the TCC meeting transcripts - which were informative - but no longer seem to hear from the TCC. I've written their attorneys asking for info, and get "Get your own attorney." I can't! I've written to attorneys asking about representation in this suit - they don't respond to us incarcerants. I have no internet access, when I wrote Omni Agent and if they respond to me, I am only given a web address. At this point, I have no idea what the status on the suit is, or what, if anything, is happening on my claim.

I have asked Omni Agent to send me my claim form - so that I could add information to it - but they have never let me do that. They just tell me to go to their web site to amend my claim details. I can't do that.

which leads me to my next point. I feel that as an incarcerated claimant, I am - and perhaps others - being treated as the unwanted step-child in the suit. I feel under represented and not listened to. I also feel that my claim of abuse is not being taken seriously. I have asked in letters what my options are, and have never had my questions answered.

Is my being [REDACTED] at BSA camp at seven, any less serious than the next guys claim? Is it because I have turned into just what this suit is against? What a ~~fuc~~ juxtaposition! I never wished at seven or at any time, to become what I am, or do what I've done. I wish and pray to God to take it away. Again, I'm no expert, but perhaps because of what I experienced at Boy Scout camp in 1974 (or so) I am also a perpetrator and a survivor. Neither of which I wish I was.

I can't change the past, but I do pray for closure. Not only for me, but for others as well. Please consider the situation that guys like myself are in, in this lawsuit.

Sincerely,

[REDACTED]

NORTH TEXAS TX PSNC
DALLAS TX 750
14 JUN 2022 PM 6 L

ATTN. Judge Silverstein
U.S. Bankruptcy Court For
The District of Delaware
824 North Market St, 3rd Fl
Wilmington, DE 19801

Legal
mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION