**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 22, 2022, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served via the method set forth on the Fee App Service List attached hereto as **Exhibit A**:

- **Eighth Application of Omni Agent Solutions for Allowance of Compensation and Reimbursement of Expenses for the Period From March 1, 2022 to March 31, 2022 [Docket No. 9953]**

- **Ninth Application of Omni Agent Solutions for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2022 to April 30, 2022 [Docket No. 9954]**

Dated: June 23, 2022

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 23rd day of June, 20 22, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**Exhibit A**
**Fee App Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Debtors | Boy Scouts of America | 1325 West Walnut Hill Lane<br>Irving, TX 75038 | | | First Class Mail |
| NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Rachel Ringer<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | rringer@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Core Parties<br>Counsel to Debtor | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE, 19899 | 302-658-7036 | dabbott@mnat.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com | Email |
| Core Parties<br>Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | Email<br>First Class Mail |
| Applicant | Omni Agent Solutions | Paul H. Deutch | | pdeutch@omniagnt.com | Email |
| NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski | | rpachulski@pszjlaw.com | Email |
| Fee Examiner | Rucki Fee Review, LLC, | 1111 Windon Drive<br>Wilmington, DE 19803 | | justinrucki@ruckifeereview.com | Email<br>First Class Mail |
| Counsel to the County Commission of Fayette County (West Virginia) | Steptoe & Johnson PLLC | Attn: John Stump<br>Chase Tower - 8th Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | | | First Class Mail |
| Core Parties - Counsel for Prepetition Ad Hoc Committee of Local Councils | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | 212-403-2252 | rgmason@wlrk.com<br>jccelentino@wlrk.com | Email<br>First Class Mail |
| Core Parties<br>Counsel to Debtor | White & Case LLP | Attn: Matthew E. Linder<br>111 S Wacker Dr, Ste S100<br>Chicago, IL 60606-4302 | | mlinder@whitecase.com | Email |
| Core Parties<br>Counsel to Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | rbrady@ycst.com<br>eharron@ycst.com | Email<br>First Class Mail |